Exhibit 6

**Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. Global Payments ("Defendant")**

| Claim 20 | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The Global Payments Customer Service system performs a method of processing requests.<br><br>For example, the Global Payments Customer Service system performs a method of connecting Requests for assistance, made by callers, to agents that provide the assistance. |



Source: https://www.globalpayments.com/en-ap



Source: https://www.globalpayments.com/en-ap

4



Source: https://global-payments.pissedconsumer.com/customer-service.html

<table>
<tr><td></td><td>

**Global Payments strives to make every customer's experience the best**

Financial technology and payment company, Global Payments, focuses on customer experiences with Avaya. Agents around the world answer calls asking, "How can we make your day better?"

Source: https://www.avaya.com/en/solutions/customer-experience-and-contact-center/
</td></tr>
<tr><td>

estimating at least one content-specific or requestor-specific characteristic associated with each received request;
</td><td>

The Global Payments Customer Service system estimates a content-specific or a requestor-specific characteristic associated with each received request.

For example, the Global Payments Customer Service system uses information provided by the caller, such as through interactive voice responses, chatbot entries, and email to determine the nature of the call.


</td></tr>
</table>

Source: https://posportal.globalpaymentsinc.com/login?returnUrl=%2F





Source: https://www.globalpayments.com/en-ap



Source: https://www.globalpayments.com/en-ap

Source: https://global-payments.pissedconsumer.com/customer-service.html



Source: https://global-payments.pissedconsumer.com/customer-service.html

Source: https://www.avaya.com/en/solutions/customer-experience-and-contact-center/

| determining | The Global Payments Customer Service system determines the availability of multiple |

| availability of a plurality of alternate target resources, each respective target resource having at least one respective target characteristic; | alternate target resources, each of which has a target characteristic.<br><br>For example, the Global Payments Customer Service system determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent (e.g. language/department). The Global Payments Customer Service system runs on Avaya Service Cloud to perform the determination and other related functions for processing the requests.<br><br><br><br>Source: https://www.avaya.com/en/solutions/customer-experience-and-contact-center/ |

**Omnichannel Automated Experience**



# Avaya Intelligent Customer Routing

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

**Memorable customer experiences**

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

13

| | |
|---|---|
| | **Improve Customer Satisfaction Through Improved Agent Selection**<br><br>• Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions<br>• Apply advanced customer analytics to call treatment and routing decisions<br>• Match the right resources to the callers desired results with real-time status matching<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0<br><br>Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.<br><br>Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
| evaluating, with at least<br>one automated proce | The Global Payments Customer Service system evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on |

| | |
|---|---|
| ssor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predict ivemultivariate evalu ator, based on the at least one content-specific or requestor-specific characteristic, and the respective target cha racteristics of the plurality of alternate target reso urces; and | a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the Global Payments Customer Service system via Avaya Service Cloud uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller.<br><br>**Global Payments strives to make every customer's experience the best**<br><br>Financial technology and payment company, Global Payments, focuses on customer experiences with Avaya. Agents around the world answer calls asking, "How can we make your day better?"<br><br>Source: https://www.avaya.com/en/solutions/customer-experience-and-contact-center/ |

**Omnichannel Automated Experience**



# Avaya Intelligent Customer Routing

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

**Memorable customer experiences**

Avaya Experience Platform gives your employees the
power to serve customers—and understand their needs
from the start.

- Connect every touchpoint of the customer and
  employee journey with 360-degree visibility.
- Gather customer information across departments
  and serve customers using CRM applications.
- Empower customers to choose self-service options
  across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

To deliver the most positive experience possible, employees need the
right tools to meet each and every customer request—including
having contextual information available.

With Avaya Experience Platform, every employee can have their own
AI-powered virtual assistant to deliver real-time information to serve
the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet
calls to groups of extensions. This allows the user to route any incoming call to the
most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description
%3A,the%20most%20relevant%20extension%20immediately.

| | |
|---|---|
| | **Improve Customer Satisfaction Through Improved Agent Selection**<br><br>• Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions<br>• Apply advanced customer analytics to call treatment and routing decisions<br>• Match the right resources to the callers desired results with real-time status matching<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0<br><br>Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.<br><br>Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
| generating | The automated processor of the Global Payments Customer Service system |

| | |
|---|---|
| a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the evaluation result.<br><br>For example, the Global Payments Customer Service system via Avaya Service Cloud generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.<br><br><br><br>Source: https://www.avaya.com/en/solutions/customer-experience-and-contact-center/ |



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

**Memorable customer experiences**

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

## Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.

Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0